FILED

MAY 10 2013

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>              )<br>         Plaintiff,    )<br>              )<br>   v.          )     2:11-CR-327-PMP-(CWH)<br>              )<br> BO ARDEN ELLISON,      )<br>              )<br>         Defendant.    ) | |

### FINAL ORDER OF FORFEITURE AS TO DEFENDANT BO ARDEN ELLISON

On July 5, 2012, this Court entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) and Title 28, United States Code, Section 2461(c); Title 21, United States Code, Section 853(a)(1) and (a)(2); Title 21, United States Code, Section 881(a)(11) and Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(p) forfeiting property of defendant BO ARDEN ELLISON to the United States of America. Superseding Criminal Information, ECF No. 65; Plea Memorandum, ECF No. 68; Change of Plea Minutes, ECF No. 70; Preliminary Order of Forfeiture, ECF No. 67.

. . .

. . .

. . .

. . .

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED pursuant to Fed. R. Crim. P 32.2(b)(4)(A) and (B) that the forfeiture of the property named in the Preliminary Order of Forfeiture (ECF No. 67) is final as to defendant BO ARDEN ELLISON.

DATED this ___ day of _____ 2013.

_____
UNITED STATES DISTRICT JUDGE