# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-327 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| MICHAEL PAUL MATULICH, et al., | |
| Defendant(s). | |

Presently before the court is *pro se* defendant Bo Arden Ellison's motion for early termination of supervised release. (ECF No. 172). Mr. Ellison provides a detailed explanation how he "was a model inmate" and is now "a model, tax-paying citizen who poses no threat to society" and has substantially improved his life while on supervised release. *Id.* He further represents that "Nevada Probation supports Mr. Ellison's motion for early termination and in fact, it was his previous probation officer, Eric Christianson, who encouraged him to file the motion." *Id.* This court has not heard from the United States or from probation.

Accordingly,

IT IS HEREBY ORDERED that the United States may file a response to Mr. Ellison's motion (ECF No. 172) within 14 days of the date of the entry of this order. After the United States files its response, if any, Mr. Ellison may file a reply within 7 days, if he desires.

DATED September 22, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**